**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

*Attorneys for Plaintiff,*
Justin Maghen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MAGHEN; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER HOME LOANS, INC.,<br><br>Defendant. | **Case No.:** CV14-628 FMO (AJWx)<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///
///
///
///

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff JUSTIN MAGHEN ("Plaintiff") and Defendant DISCOVER HOME LOANS, INC. ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of the Action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 27, 2014 for filing a Joint Dismissal.

Dated: May 27, 2014                             Respectfully submitted,

                                                **KAZEROUNI LAW GROUP, APC**

                                                By: ____/s/ Matthew M. Loker____
                                                        MATTHEW M. LOKER, ESQ.
                                                        ATTORNEY FOR PLAINTIFF

[ADDITIONAL PLAINTIFF'S COUNSEL]

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager, Esq. (SBN: 252114)
nbontrager@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741